clearly appears. (*Keskal* v. *Modrakowski*, 249 N. Y. 406; *Mencher* v. *Weiss*, 306 N. Y. 1.) Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ JOAN H. SILVERMAN, Respondent, v. HARRY SILVERMAN, Appellant.— In an action by the plaintiff wife for a separation, the defendant husband appeals from so much of a judgment of the Supreme Court, Queens County, dated May 26, 1960 and entered May 31, 1960, after a nonjury trial, as awards the wife alimony, support and other benefits for herself and their children. Judgment insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■

## (October 26, 1960)

■ OVIDIO MANALICH, Plaintiff, v. COMPANIA CUBANA DE AVIACION, S. A., Defendant. In the Matter of AEROVIAS "Q", S. A., Respondent, v. JAMES S. CONWAY, as Temporary Receiver, Appellant.— Motion by appellant, the temporary receiver, to stay, pending determination of the appeal, the provision in the order appealed from which directs him to surrender to the representative of petitioner (respondent) a certain aircraft. Motion granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■

## (October 31, 1960)

■ WILLIAM E. GRAY, Respondent, v. YALE TRANSPORT CORP. et al., Appellants.— Motion by plaintiff to vacate the notice of appeal of defendant Yale Transport Corp. denied. In our opinion, the provisions in the order appealed from requiring the payment of the motion costs as well as the costs awarded by the existing judgment against plaintiff in favor of said defendant, were absolute and unconditional, and hence, its acceptance of such costs did not bar its right to appeal (cf. *Farmers' Loan & Trust Co.* v. *Bankers & Merchants' Tel. Co.*, 109 N. Y. 342). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ WILLIAM E. GRAY, Respondent, v. YALE TRANSPORT CORP. et al., Appellants.— Motions by appellants for a stay pending appeal denied, without costs, as academic. (See *Gray* v. *Yale Transp. Corp.*, 11 A D 2d 1069.) Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of JANET WINTERS, Also Known as SUSAN J. SULLIVAN, Appellant, v. CITY MAGISTRATES' COURT OF THE CITY OF NEW YORK, GIRLS' TERM, Respondent.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file six copies of her brief, and to serve one copy of the minutes and her brief on the Corporation Counsel. Nolan, P. J., Beldock, Christ, Pette and Brennan, J.J., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD ERIC ALEXANDER, Appellant.— Motion by appellant for reconsideration of his motion: (1) to vacate an order of this court, entered January 6, 1958, which dismissed his appeal from a judgment of the County Court, Westchester County, rendered July 31, 1956; and (2) to enlarge his time to perfect the appeal, dispense with printing and for assignment of counsel. Motion granted, and order entered February 17, 1958, denying the original motion, vacated. Upon reconsideration, the original motion is granted, and order entered January 6, 1958, dismissing the appeal, is vacated. The appeal will be heard on the